LOMAS & NETTLETON COMPANY *v.* EDMOND CADOUX
ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Melvin J. Silverman,* for the appellee (plaintiff).

*Stephen M. Seelig,* for the appellant (defendant Homestead Lumber, Inc.).

*Nicholas A. Cioffi,* for the appellant (defendant Northern Business Capital Corporation).

Argued February 2—decided February 2, 1971

BARBARA S. ANDERSON *v.* NILS ANDERSON III

The motion by the plaintiff to set aside the judgment of the trial court and for an order directing judgment to be entered for the plaintiff in the appeal from the Superior Court in Fairfield County is denied with direction that counsel call Practice Book § 616 to the attention of the clerk of the Superior Court.

*Edgar W. Bassick III,* for the appellant (plaintiff).

*Edward J. Holahan, Jr.,* for the appellee (defendant).

Argued February 2—decided February 2, 1971

JACOB FRUCHTMAN, TRUSTEE *v.* FRANK WERNIKOFF

The motion by the plaintiff for this court to set aside the judgment in the appeal from the Court of Common Pleas in Hartford County is denied.